# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:23-cv-02167-SVW-BFM | Date | December 28, 2023 |
|---|---|---|---|
| Title | Rebekah Wiser v. Eliseo Ricolcol | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On October 25, 2023, the Court, issued a letter to plaintiff advising that the appropriate filing fee was not paid, with instructions how to file a Request to Proceed without Prepayment of Filing Fees. Petitioner was given thirty days, from the date of the letter, to pay the fee or submit the request. Petitioner was advised that non-compliance may result in dismissal of the action.

To date, petitioner has failed to comply. The $5.00 filing fee has been not received, nor has petitioner filed the Request to Proceed without Prepayment.

The case is dismissed without prejudice.

|  | : |
|---|---|
| Initials of Preparer | PMC |